IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEAN ANDREW SHAW,<br><br>Defendant. | CR 20-78-BLG-SPW<br><br>ORDER |

Upon the United States' Motion to Dismiss with Prejudice Forfeiture Allegation (Doc. 46), contained in the indictment, and for good cause being shown,

IT IS HEREBY ORDERED that the United States' Motion is **GRANTED**. The forfeiture allegation contained in the indictment is **DISMISSED WITH PREJUDICE.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of November, 2021.

SUSAN P. WATTERS
United States District Court Judge

1